**Homeownership Preservation Foundation (HPF) Bankruptcy Consent Letter Template v3 2.2017**

Date: 7-30-18

18-01027-5-SWH

Re: Client Name(s):
    Property Address:

Homeownership Preservation Foundation
7645 Lyndale Ave
Minneapolis, MN  55423

FILED

JUL 3 0 2018

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

To Whom It May Concern:

As you are aware, our mutual client is in active bankruptcy and is requesting services offered by the Homeownership Preservation Foundation (HPF) and its network of HUD approved counseling agencies. Your client has an opportunity to attend free financial counseling sessions with HPF regarding the property listed above.

In order to continue with our services please sign and date below to indicate consent for your client to attend these coaching sessions. These sessions may include a tri-party call between the client, the counselor and their Servicer if the client desires to get any clarification on their mortgage.

Rodrigo Estano                                                                                         7-30-18
Bankruptcy Attorney printed name/title        Bankruptcy Attorney signature            Date

Should you have any questions, please feel free to call.

Sincerely,


The Homeownership Preservation Foundation